UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

JOHN M. DRAGHI,	Case No.: 15-cv-6147 (KBF)

          Plaintiff,

vs.

BELL SPORTS, INC.,	**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF DEFENDANT BELL SPORTS, INC.**

          Defendant.

------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the Affidavit of James C. Ughetta, dated May 16, 2016, the exhibits annexed thereto, and the accompanying Memorandum of Law and Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment, attorneys for defendant Bell Sports, Inc. shall move this Court before the Honorable Katherine B. Forrest, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting Bell Sports, Inc. partial summary judgment, pursuant to Federal Rule of Civil Procedure 56, dismissing plaintiff's negligence and strict liability claims to the extent those claims are premised upon defendant Bell Sports, Inc.'s failure to warn as set forth in Plaintiff's First Amended Complaint, and for such other and further relief as the Court may deem just and proper.

Dated: May 16, 2016                Respectfully submitted,
       Purchase, New York

                         By:    /s/ James C. Ughetta
                                James C. Ughetta, Esq. (JU9571)
                                B. Keith Gibson, Esq. (BG8063)
                                LITTLETON JOYCE UGHETTA PARK & KELLY, LLP
                                4 Manhattanville Road, Suite 202
                                Purchase, New York   10577
                                914-417-3400

                                ***Attorneys for Defendant Bell Sports, Inc.***