Lloyd A. Katz
Attorney at Law
785 Sixth Avenue, Suite 1802
New York, New York, 10001
Tel. (212) 379-8313
Fax (212) 379-8311

May 26, 2016

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: JUN 01 2016 |

Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007-1312

Re: JOHN M. DRAGHI -v- BRG SPORTS, INC. f/k/a EASTON-BELL SPORTS, INC.
15-cv-6147 (KBF)

Hon. Judge Forrest:

It is respectfully requested that plaintiff be permitted to serve a Second Amended Complaint in the form attached. Defense counsel has given their consent.

Respectfully Submitted,

/s/ Lloyd A. Katz
Lloyd A. Katz

cc: Littleton Joyce
File no. 08199.00525
by e-mail and U.S. Mail to:
4 Manhattanville Plaza
Purchase, NY 10577

*So ordered. Filing permitted.*

*/s/ KBF*
*USDJ*
*6/1/16*

*Motion at ECF No. 26 is Denied as moot with leave to [renew].*